# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00001-JAD-CWH |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| PEDRO IGOR ALVES BARBOSA; VITOR DOMINGUES VALENTINI DOS REIS; | |
| Defendants. | |

Presently before the court is defendant Pedro Igor Alves Barbosa's motion for joinder to defendant Anderson Clayton Mariano Alcantara's motion to dismiss (ECF No. 272), filed on April 25, 2018.

Also before the court is defendant Vitor Domingues Valentini Dos Reis' motion for joinder to defendant Anderson Clayton Mariano Alcantara's motion to compel (ECF No. 273), filed on April 25, 2018.

Under Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in this case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Given that both defendants are presently represented by Patricia Erickson, the court will deny the motions without prejudice. Defendants are advised that all filings in their cases must be made by their attorney.

IT IS THEREFORE ORDERED that defendant Pedro Igor Alves Barbosa's motion for joinder to defendant Anderson Clayton Mariano Alcantara's motion to dismiss (ECF No. 272) is DENIED without prejudice.

1  IT IS FURTHER ORDERED that defendant Vitor Domingues Valentini Dos Reis'
2  motion for joinder to defendant Anderson Clayton Mariano Alcantara's motion to compel (ECF
3  No. 273) is DENIED without prejudice.

5  DATED: May 1, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE