# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

**PETITION FOR WARRANT
FOR OFFENDER UNDER SUPERVISION**

Name of Offender: **Vitor Domingues Valentini Dos Reis**

Case Number: **2:17CR00001**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **March 11, 2019**

Original Offense: **Use or Trafficking in Unauthorized Access Device**

Original Sentence: **57 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **February 12, 2021**

**PETITIONING THE COURT**

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Commit Another Crime** - You must not commit another federal, state, or local crime.

   On October 8, 2021, Valentini Dos Reis was arrested by Las Vegas Metropolitan Police Department for committing the offense of DUI (1st) in violation of N.R.S. 484C.110.

2. **Report Police Contact Within 72 Hours** - If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

   Valentini Dos Reis failed to notify the probation officer about the arrest that occurred on October 8, 2021.

RE: Vitor Domingues Valentini Dos Reis

3. **You must make restitution in accordance with 18 U.S.C. §§ 3663 or 3663A or any other statute authorizing a sentence of restitution. (Supervised Release cases only)**

   Valentini Dos Reis has failed to make restitution payments monthly as required. He last made a payment of $300 on September 1, 2021.

4. **Live At Approved Place** - You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

   On April 29, 2022, this officer conducted a home visit at the residence on file and met with the owner of the apartment who stated that Valentini Dos Reis no longer lived there and that had moved out of his home a long time ago to go to Los Angeles.

5. **Must Not Leave District** - You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

   A. On November 24, 2021, this officer received a text message from Valentini Dos Reis stating that he was leaving to go back to Brazil because it was hard to work and make a living here.
   B. On April 29, 2022, this officer contacted Valentini Dos Reis old roommate at a home visit, and he advised that Valentini Dos Reis had moved out a while ago and went to Los Angeles. Currently, Valentini Dos Reis whereabouts are unknown.

6. **Must Report As Instructed** - After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

   A. On November 18, 2021, this officer conducted a home visit and made no contact but left a business card and a voicemail and text message directing Valentini Dos Reis to report to the probation office on November 24, 2021 and he failed to report as instructed.
   B. On December 1, 2021 this officer attempted to contact Valentini Dos Reis on his cell phone, but there was no answer. This officer left him a voicemail and sent him a text message directing him to report to the probation office on December 3, 2021 and he failed to report as instructed.

RE: Vitor Domingues Valentini Dos Reis

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **May 13, 2022**

Digitally signed by Donnette Johnson
Date: 2022.05.13 10:23:29 -07'00'

Donnette Johnson
Senior United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.05.13 08:20:00 -07'00'

Brian Blevins
Supervisory United States Probation Officer

### THE COURT ORDERS

☐ No Action.
X The issuance of a warrant.
☐ The issuance of a summons.
☐ Other:

_____
Signature of Judicial Officer

5/18/2022
_____
Date

RE: Vitor Domingues Valentini Dos Reis

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. VITOR DOMINGUES VALENTINI DOS REIS,  2:17CR00001

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
May 13, 2022

On March 11, 2019, Vitor Domingues Valentini Dos Reis was sentenced in the District of Nevada to 57 months followed by three years supervised release for committing the offense of Use or Trafficking in Unauthorized Access Device.  On February 12, 2021, Valentini Dos Reis commenced his term of supervised release in the District of Nevada.

As a condition of supervised release, Valentini Dos Reis was ordered to pay restitution in the amount of $2,288,280.97, however he has failed to pay restitution monthly as required.  On May 19, 2021 Valentini Dos Reis signed a payment plan agreeing to make monthly payments in the amount of 10% of his gross income, however his last payment was made on September 1, 2021 for $300.  To date he has made only five payments, totaling $450 and still has an outstanding balance of $2,287,830.97.

On October 8, 2021, Valentini Dos Reis was arrested by Las Vegas Metro Police (LVMPD) for committing the offense of DUI (1st), in violation of NRS 484C.110.  Specifically, LVMPD Officers conducted a traffic stop on a vehicle that Valentini Dos Reis was the driver of and observed him to be impaired with blood shot, watery eyes, and remnants of a green leafy substance all over his lap.  Officers smelled the odor of marijuana coming from the vehicle and asked him to exit the vehicle and conducted several field sobriety tests, which he failed.  He was then asked by officers to provide a blood sample and he agreed and was transported to Clark County Detention Center and had blood drawn, which confirmed he was under the influence of marijuana and possible depressant/analgesics.  As a result, Valentini Dos Reis was booked into CCDC and charged with the offense of DUI.  As of this date, Valentini Dos Reis failed to notify the probation officer about this law enforcement contact or the new arrest.

On November 18, 2021, this officer conducted a home visit and made no contact but left a business card, voicemail and text message directing Valentini Dos Reis to report to the probation office on November 24, 2021; he failed to report as instructed. On November 24, 2021, this officer received a phone call from Valentini Dos Reis advising he had received the notice to report on this date and he was again instructed to report to the probation office before 5 pm. Later this date, this officer received a text message from Valentini Dos Reis stating that he was leaving to go back to Brazil because it was hard to work and make a living here.  It should be noted he is a citizen of Brazil and had overstayed his visa for the United States. On December 1, 2021, this officer was contacted by a Special Agent with the Department of State advising that Valentini Dos Reis was wanted by the Brazilian authorities for violation of Brazilian law and furthermore he would be issued a red notice for his return to Brazil.

RE: Vitor Domingues Valentini Dos Reis

Prob12C
D/NV Form
Rev. March 2017

On December 1, 2021 this officer attempted to contact Valentini Dos Reis on his cell phone, but there was no answer. This officer left him a voicemail and sent him a text message directing him to report to the probation office on December 3, 2021 and he failed to report as instructed. On April 29, 2022, this officer attempted another home visit and contacted Valentini Dos Reis old roommate at the reported residence, and he advised that Valentini Dos Reis had moved out a while ago and went to Los Angeles. Currently, Valentini Dos Reis whereabouts are unknown.

Based on all the information above, the probation office believes Valentini Dos Reis has absconded from supervision as he has not made any attempts to contact the probation department since November 24, 2021 and is not currently residing at his address on record. It is respectfully requested that a warrant be issued to initiate revocation proceedings due to all the noncompliance issues and the fact that his whereabouts are currently unknown.

Respectfully submitted,

Digitally signed by Donnette Johnson
Date: 2022.05.13 10:24:38 -07'00'

Donnette Johnson
Senior United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.05.13 08:20:22 -07'00'

Brian Blevins
Supervisory United States Probation Officer