UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>VITOR DOMINGUES VALENTINI DOS REIS,<br><br>       Defendant. | Case No. 2:17-cr-00001-JAD-DJA-8<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for Monday, October 17, 2022 at 2:30 p.m., be vacated and continued to October 27, 2022 at 2:00 pm in LV Courtroom 3D before Magistrate Judge Ferenbach.

   DATED this 17 day of October, 2022.

                                                                      _____
                                                                      UNITED STATES MAGISTRATE JUDGE

3