UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VITOR DOMINGUES VALENTINI DOS REIS,<br><br>    Defendant. | Case No. 2:17-cr-00001-JAD-DJA-8<br><br>**ORDER**<br><br>**ECF No. 779** |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Thursday, October 20, 2022 at 11:00 a.m., be vacated and continued to January 31, 2023, at 11:00 a.m.

DATED this 20th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE