# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00001-JAD-DJA-8 |
| Plaintiff, | **ORDER** |
| v. | |
| VITOR DOMINGUES VALENTINI DOS REIS, | **ECF No. 790** |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, January 31, 2023 at 11:00 a.m., be vacated and continued to March 13, 2023, at 10:00 a.m.

DATED this 23rd day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE