UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VITOR DOMINGUES VALENTINI DOS REIS,<br><br>    Defendant. | Case No. 2:17-cr-00001-JAD-DJA-8<br><br>**ORDER**<br><br>ECF No. 792 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for March 13, 2023 at 10:00 a.m., be vacated and continued to may 15, 2023, at 11:00 a.m.

DATED this 9th day of March, 2023.

                                        _____
                                        UNITED STATES DISTRICT JUDGE