**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>VITOR DOMINGUES VALENTINI DOS REIS,<br><br>　　　　　　Defendant. | Case No. 2:17-cr-1-JAD-DJA<br><br>ORDER<br><br>ECF No. 794 |

Based on the pending Stipulation of counsel, and good cause appearing therefore,

**ORDER**

IT IS ORDERED that the revocation hearing currently scheduled for May 15, 2023, at 11:00 a.m. be vacated and continued to June 12, 2023, at 11:00 a.m.

Dated this 10th day of May, 2023.

By: _____
JUDGE JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE